UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023
```

| | |
|---|---|
| FARYL ROBIN, LLC | |
| Plaintiff, | |
| -against- | 1:23-cv-4899 (MKV) |
| BILLDON, LLC, *doing business as* Billy Footwear, | **ORDER** |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

This action was commenced on June 12, 2023 with the filing of a complaint by Plaintiff Faryl Robin, LLC [ECF No. 1].  Two days later, on June 14, 2023, Plaintiff filed a motion, brought on by a Proposed Order to Show Cause, for a Temporary Restraining Order and a Preliminary Injunction [ECF No. 7], together with a supporting memorandum of law, [ECF No. 8].

The Court declines to enter the proposed Temporary Restraining Order and Order to Show Cause.  It is HEREBY ORDERED that Plaintiff shall effect service on the Defendant of the Complaint together with a copy of this Order, the Plaintiff's motion, and any supporting papers, on or before 9:00 PM on Tuesday, June 20, 2023. It is FURTHER ORDERED that any response by Defendant to the motion shall be filed by June 27, 2023 at 5:00 PM.  Any reply must be submitted by Plaintiff on or before June 30, 2023 at noon.  The Court will hold a hearing on Plaintiff's motion on July 20, 2023 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date:  **June 16, 2023**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**